UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MOHAMED ABDALLA MAHMOUD,<br><br>Petitioner,<br><br>v.<br><br>WARDEN OF NNCC, et al.,<br><br>Respondents. | Case No. 3:22-cv-00452-MMD-CLB<br><br>ORDER |

Petitioner Mohamed Abdalla Mahmoud seeks an extension of time to file an amended 28 U.S.C. § 2254 petition for a writ of habeas corpus. (ECF No. 26.) The Court finds the request is made in good faith and not for the purposes of delay, and, therefore, good cause exists to grant the extension.

It is therefore ordered that Petitioner's unopposed motion for extension of time to file an amended petition (ECF No. 26) is granted *nunc pro tunc*. The deadline is extended to November 26, 2025.

DATED THIS 30th Day of July 2025.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE