UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| MOHAMED ABDALLA MAHMOUD,<br><br>                           Petitioner,<br>     v.<br>JEREMY BEAN, *et al.*,<br><br>                          Respondents. | Case No. 3:22-cv-00452-MMD-CLB<br><br>ORDER |

In this habeas corpus action, after a 60-day initial period and a 120-day extension, Petitioner Mohamed Abdalla Mahmoud, who is represented by appointed counsel, was due to file an amended habeas petition by November 26, 2025. (ECF Nos. 24, 27.) On November 25, Mahmoud filed a Motion for an Extension of Time requesting an extension to January 26, 2026 (i.e., a 61-day extension). (ECF No. 28 ("Motion").) Mahmoud's counsel states that the extension is necessary because of delays caused by a transfer of responsibility for this case within the Office of the Nevada Attorney General, the federal government shutdown, a transfer of Mahmoud to a new prison, and obligations in other cases. (*Id.* at 2-3.) Mahmoud's counsel represents that Respondents do not oppose the request. (*Id.* at 2.) The Court finds the request is made in good faith and not solely for the purpose of delay and that there is good cause for the extension.

In granting this extension of time—or any extension of time for amendment of Mahmoud's habeas petition—the Court does not mean to comment upon or affect in any manner, the operation of any applicable statute of limitations.

It is therefore ordered that Petitioner's Motion for an Extension of Time (ECF No. 28) is granted. Petitioner will have until and including January 26, 2026 to file an amended petition for writ of habeas corpus.

1    It is further ordered that, under Federal Rule of Civil Procedure 25(d), Jeremy Bean is substituted for "Warden's of N.N.C.C." as the respondent warden. The Clerk of Court is directed to update the docket to reflect this change.

DATED THIS 25th Day of November 2025.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE