# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * *

MOHAMED ABDALLA MAHMOUD,

Petitioner,

v.

JEREMY BEAN, *et al.*,

Respondents.

Case No. 3:22-cv-00452-MMD-CLB

ORDER

In this habeas corpus action, after a 60-day initial period, a 120-day extension and a 61-day extension, Petitioner Mohamed Abdalla Mahmoud, who is represented by appointed counsel, was due to file an amended habeas petition by January 26, 2026. (ECF Nos. 24, 27, 29.) On January 26, Mahmoud filed a Motion for an Extension of Time requesting a further 60-day extension to March 27, 2026. (ECF No. 30 ("Motion").) Mahmoud's counsel states that the extension is necessary because of delays caused by a transfer of responsibility for this case within the Office of the Nevada Attorney General, a transfer of Petitioner to a different prison, an expert's work on the case, and obligations in other cases. (*Id.* at 2-3.) Mahmoud's counsel represents that Respondents do not oppose the request. (*Id.* at 2.) The Court finds the request is made in good faith and not solely for the purpose of delay and that there is good cause for the extension.

In granting this extension of time—or any extension of time for amendment of Mahmoud's habeas petition—the Court does not mean to comment upon or affect in any manner the operation of any applicable statute of limitations.

///

///

///

It is therefore ordered that Petitioner's Motion for an Extension of Time (ECF No. 30) is granted. Petitioner will have until and including March 27, 2026 to file an amended petition for writ of habeas corpus.

DATED THIS 26th Day of January 2026.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE

2