UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

MOHAMED ABDALLA MAHMOUD,

Petitioner,

v.

JEREMY BEAN, *et al.*,

Respondents.

Case No. 3:22-cv-00452-MMD-CLB

ORDER

In this habeas corpus action, on April 22, 2026, Respondents filed a motion to dismiss. (ECF No. 39.) Petitioner Mohamed Abdalla Mahmoud, who is represented by appointed counsel, was due to file a response to the motion to dismiss by June 8, 2026. (*See* ECF No. 24.) On June 8, 2026, Mahmoud filed a Motion for an Extension of Time requesting a 91-day extension, to September 7, 2026. (ECF No. 41.) Mahmoud's counsel states that the extension is necessary because of ongoing state court proceedings, the complexity of the motion to dismiss, and obligations in other cases. (*Id*. at 2-3.) Mahmoud's counsel represents that Respondents do not oppose the request. (*Id*. at 2.) The Court finds the request is made in good faith and not solely for the purpose of delay and that there is good cause for the extension of time.

On April 21, 2026, Respondents filed a Motion for Leave to File Exhibit Under Seal. (ECF No. 36.) Mahmoud did not respond to that motion. While there is a strong presumption in favor of public access to judicial filings, and while courts prefer that the public retains access to them, *see Nixon v. Warner Commc'ns.*, *Inc.*, 435 U.S. 589, 597 (1978), a court may seal its records if a party demonstrates "compelling reasons" to do so. *See Kamakana v. City & Cnty. of Honolulu*, 447 F.3d 1172, 1178-79 (9th Cir. 2006). In general, "compelling reasons" exist where the records may be used for improper

purposes. *See Kamakana*, 447 F.3d at 1179 (citing *Nixon*, 435 U.S. at 598). The exhibit Respondents wish to file under seal is a presentence investigation report. Under Nevada law, presentence investigation reports are confidential and are not to be made part of a public record. *See* NRS § 176.156(5). The presentence investigation report contains information that could be used for improper purposes. In view of the state law and considering the nature of the information in the presentence investigation report, the Court finds that there are compelling reasons for the exhibit to be filed under seal.

It is therefore ordered that Respondents' Motion for Leave to File Exhibit Under Seal (ECF No. 36) is granted. Respondents have filed under seal the exhibit that is the subject of the motion (ECF No. 37-1). No further action is required.

It is further ordered that Petitioner's Motion for an Extension of Time (ECF No. 41) is granted. Petitioner will have until and including September 7, 2026, to file a response to Respondents' motion to dismiss.

DATED THIS 8th Day of June 2026.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE

2