UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| MOHAMED ABDALLA MAHMOUD, Petitioner, v. JEREMY BEAN, *et al.*, Respondents. | Case No. 3:22-cv-00452-MMD-CLB<br>EXTENSION ORDER |

Petitioner Mohamed Abdalla Mahmoud has filed an unopposed motion for a 30-day extension of time to file his opposition to the motion to dismiss. (ECF No. 46 ("Motion").) This is Mahmoud's third request for an extension of this deadline. The Court finds good cause exists to grant the Motion.

It is therefore ordered that the Motion (ECF No. 46) is granted. Mahmoud has up to and including December 9, 2026, to file his opposition.

DATED THIS 10th Day of November 2026.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE